# UNITED STATES OF AMERICA
## MERIT SYSTEMS PROTECTION BOARD

|  |  |
| --- | --- |
| | DOCKET NUMBERS[1] |
| CCAD ARX6 | DA-0752-14-0248-I-1 |
| CCAD ARX6-2 | DA-0752-14-0281-I-1 |
| CCAD ARX6-3 | DA-0752-14-0379-I-1 |
| CCAD ARX6-4 | DA-0752-14-0390-I-1 |
| CCAD ARX6-5 | DA-0752-14-0391-I-1 |

Appellants,

v.

DATE: May 6, 2015

DEPARTMENT OF THE ARMY,

Agency.


# THIS FINAL ORDER IS NONPRECEDENTIAL[2]

Rory B. Thomas, James L Vaughn, Richard H. Smith, II, Domingo Gonzalez, III, Paul T. Creacy, International Association of Machinists and Aerospace Workers, Corpus Christi, Texas, for the appellants.

Kenneth A. Weeks and Mandy Muniz, Corpus Christi, Texas, American Federation of Government Employees, for the appellants.

A. Katharine J. Kiss, Redstone Arsenal, Alabama, for the agency.

Rosa Gonzalez-Smith, Corpus Christi, Texas, for the agency.

---

[1] The individual appellants and docket numbers that are included in this consolidation are set forth in Appendices A-E to this order.

[2] A nonprecedential order is one that the Board has determined does not add significantly to the body of MSPB case law. Parties may cite nonprecedential orders, but such orders have no precedential value; the Board and administrative judges are not required to follow or distinguish them in any future decisions. In contrast, a precedential decision issued as an Opinion and Order has been identified by the Board as significantly contributing to the Board's case law. *See* 5 C.F.R. § 1201.117(c).

**BEFORE**

Susan Tsui Grundmann, Chairman
Mark A. Robbins, Member

**FINAL ORDER**

¶1    The appellants represented by the International Association of Machinists and Aerospace Workers (IAM) and the American Federation of Government Employees (AFGE) have filed a petition for review of five initial decisions, which affirmed the furlough actions and found that the appellants did not prove their affirmative defenses.  Generally, we grant petitions such as this one only when:  the initial decision contains erroneous findings of material fact; the initial decision is based on an erroneous interpretation of statute or regulation or the erroneous application of the law to the facts of the case; the judge's rulings during either the course of the appeal or the initial decision were not consistent with required procedures or involved an abuse of discretion, and the resulting error affected the outcome of the case; or new and material evidence or legal argument is available that, despite the petitioner's due diligence, was not available when the record closed.  *See* Title 5 of the Code of Federal Regulations, section 1201.115 (5 C.F.R. § 1201.115).  After fully considering the filings in these appeals, and based on the following points and authorities, we conclude that the petitioners have not established any basis under section 1201.115 for granting the petitions for review.  Therefore, we DENY the petitions for review and AFFIRM the initial decisions, which are now the Board's final decisions.  5 C.F.R. § 1201.113(b).

**BACKGROUND**

¶2    A number of similarly situated employees from the Corpus Christi Army Depot (CCAD) appealed the agency's decision to furlough them for 6 days between July 8, 2013, and September 30, 2013, and raised affirmative defenses of

harmful procedural error and a violation of due process. *See, e.g.*, MSPB Docket No. DA-0752-14-0248-I-1 (CCAD ARX6), Consolidated Appeal File (CAF), Tabs 2, 23; MSPB Docket No. DA-0752-14-0281-I-1 (CCAD ARX6-2), CAF, Tabs 2, 24; MSPB Docket No. DA-0752-14-379-I-1 (CCAD ARX6-3), CAF, Tabs 2, 20; MSPB Docket No. DA-0752-14-0390-I-1 (CCAD ARX6-4), CAF, Tabs 2, 21; MSPB Docket No. DA-0752-14-039I-I-1 (CCAD ARX6-5), CAF, Tabs 2, 20. The individual appeals were consolidated into the aforementioned five groups. After holding a single hearing, the administrative judge issued one initial decision for each consolidated group, affirming the furloughs and finding that the appellants did not prove any of their affirmative defenses. *See, e.g.*, CCAD ARX6, CAF, Tab 28; CCAD ARX6-2, CAF, Tab 28; CCAD ARX6-3, CAF, Tab 24; CCAD ARX6-4, CAF, Tab 25; CCAD ARX6-5, CAF, Tab 25.

¶3    The Board received two virtually identical petitions for review from AFGE and IAM in each matter. *See* CCAD ARX6, Petition for Review (PFR) File, Tabs 1-2; CCAD ARX6-2, PFR File, Tabs 1-2; CCAD ARX6-3, PFR File, Tabs 1-2; CCAD ARX6-4, PFR File, Tabs 1-2; CCAD ARX6-5, PFR File, Tabs 1-2.[3] We construe these submissions as a petition for review from all appellants represented by AFGE or IAM. The agency filed a response to the petitions for review. *See, e.g.*, CCAD ARX6, PFR File, Tab 3.

¶4    Because the petitions for review raise the same issues in each matter, we have further consolidated these appeals to address the AFGE and IAM petitions for review. *See* 5 C.F.R. § 1201.36(b) (consolidation is appropriate if doing so would expedite processing and not adversely affect the interests of the parties); *see also Prouty v. General Services Administration*, 122 M.S.P.R. 117, ¶ 1 (2014). Accordingly, this final order applies to all of the appellants represented

---

[3] Because the petitions for review raise the same issues and the relevant documents in each consolidated appeal are substantially similar, we hereinafter only refer to the submissions in the CCAD ARX6 consolidated appeal file and petition for review file.

by AFGE and IAM whose furloughs were affirmed below in these five consolidated appeals.

## DISCUSSION OF ARGUMENTS ON REVIEW

¶5 On review, the AFGE and IAM appellants argue that: (1) the administrative judge improperly denied AFGE's request for an appellant to testify; (2) the agency attorney improperly "interfered" with one of the appellants' witnesses by holding a meeting with the witness and the deciding official without notifying the appellants' representatives; and (3) the administrative judge improperly limited discovery. *E.g.*, CCAD ARX6, PFR File, Tabs 1-2. For the following reasons, the appellants' arguments do not warrant a different outcome.

¶6 Prior to the hearing, none of the appellants was designated as a witness. *See, e.g.*, CCAD ARX6, CAF, Tabs 13-15 (the appellants' prehearing submissions), 23 (order and summary of prehearing conference). However, during the hearing, for the first time, the AFGE representative asked for an appellant to testify. *See, e.g.*, CCAD ARX6, CAF, Tab 27 (audio file 4 of 4). The administrative judge permitted the AFGE representative to make an offer of proof, but she ultimately did not permit the appellant witness to testify. *Id.*

¶7 The administrative judge has wide discretion under 5 C.F.R. § 1201.41(b)(8), (10) to exclude witnesses where it has not been shown that their testimony would be relevant, material, and nonrepetitious. *Franco v. U.S. Postal Service*, 27 M.S.P.R. 322, 325 (1985). On review, the appellants speculate that it is "possible that some key information was not touched upon [and/or] direct knowledge was not made available to the [administrative judge] during this hearing that very well may have levied an alternate decision." *E.g.*, CCAD ARX6, PFR File, Tab 1 at 1, Tab 2 at 1. Beyond this speculation, the appellants do not identify on review any testimony that the proposed witness would have provided that would have changed the outcome of this matter. We therefore discern no error with the administrative judge's decision in this regard.

¶8      Regarding the appellants' assertion that the agency attorney improperly interfered with one of its witnesses,[4] the agency in its response denied that any such meeting occurred. *See, e.g.*, CCAD ARX6, PFR File, Tab 3 at 4. Although the statements of a party's representative in a pleading do not constitute evidence, *Hendricks v. Department of the Navy*, 69 M.S.P.R. 163, 168 (1995), we are not persuaded that a different outcome is warranted. The appellants' bare assertion that a meeting occurred between the agency attorney, the deciding official, and the witness in question, without more, does not persuade us that there was any witness interference.

¶9      Regarding discovery, it appears that during the prehearing conference, the administrative judge addressed AFGE's motion to compel regarding interrogatory 2, which sought, for each working capital funded depot, how much money was returned for each "program" at the CCAD for fiscal years 2011, 2012, and 2013. *See, e.g.*, CCAD ARX6, CAF, Tabs 21 (discovery for consideration during prehearing conference), 23 (order and summary of prehearing conference). The administrative judge granted the appellants' motion in part, and she ordered the agency to provide information regarding fiscal years 2012 and 2013. *E.g.*, CCAD ARX6, CAF, Tab 23. The appellants argue on review that the information "did not reach back far enough to show the financial consistency of the Agency." *E.g.*, CCAD ARX6, PFR File, Tab 1 at 2, Tab 2 at 2. To the extent that the appellants are arguing that the administrative judge improperly limited discovery, the Board will not reverse an administrative judge's rulings on discovery matters absent an abuse of discretion. *Wagner v. Environmental Protection Agency*, 54 M.S.P.R. 447, 452 (1992), *aff'd*, 996 F.2d 1236 (Fed. Cir. 1993) (Table). The abuse of discretion standard is "a very high standard" and allows for "great deference." *Pecard v. Department of Agriculture*, 115 M.S.P.R. 31, ¶ 15 (2010) (citing *Lipscomb v. Department of Defense*, 69 M.S.P.R. 484, 487 (1996)). The

_____

[4] It appears that the witness in question was the agency's designated reply official. *See, e.g.*, CCAD ARX6, CAF, Tab 13 at 11; CCAD ARX6, PFR File, Tab 1 at 1.

appellants have not persuaded us that the administrative judge's decision to order the agency to produce responsive documentation from fiscal years 2012 and 2013—and not fiscal year 2011—constitutes an abuse of discretion.

## NOTICE TO THE APPELLANT REGARDING
## YOUR FURTHER REVIEW RIGHTS

You have the right to request review of this final decision by the United States Court of Appeals for the Federal Circuit. You must submit your request to the court at the following address:

United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

The court must receive your request for review no later than 60 calendar days after the date of this order. *See* 5 U.S.C. § 7703(b)(1)(A) (as rev. eff. Dec. 27, 2012). If you choose to file, be very careful to file on time. The court has held that normally it does not have the authority to waive this statutory deadline and that filings that do not comply with the deadline must be dismissed. *See Pinat v. Office of Personnel Management*, 931 F.2d 1544 (Fed. Cir. 1991).

If you need further information about your right to appeal this decision to court, you should refer to the federal law that gives you this right. It is found in Title 5 of the United States Code, section 7703 (5 U.S.C. § 7703) (as rev. eff. Dec. 27, 2012). You may read this law as well as other sections of the United States Code, at our website, http://www.mspb.gov/appeals/uscode.htm. Additional information is available at the court's website, www.cafc.uscourts.gov. Of particular relevance is the court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's Rules of Practice, and Forms 5, 6, and 11.

If you are interested in securing pro bono representation for your court appeal, you may visit our website at http://www.mspb.gov/probono for

information regarding pro bono representation for Merit Systems Protection Board appellants before the Federal Circuit. The Merit Systems Protection Board neither endorses the services provided by any attorney nor warrants that any attorney will accept representation in a given case.


FOR THE BOARD: _____
William D. Spencer
Clerk of the Board

Washington, D.C.

APPENDIX A

CCAD ARX6

DA-0752-14-0248-I-1

| | |
|---|---|
| Abel Acosta | DA-0752-13-3868-I-1 |
| Adrian Alaniz | DA-0752-13-3938-I-1 |
| Adrian Alvarado | DA-0752-13-2689-I-1 |
| Alesandro L. Benavides | DA-0752-13-2859-I-1 |
| Alexander Amillano | DA-0752-13-2843-I-1 |
| Alexander M. Aguirre | DA-0752-13-3409-I-1 |
| Alfred Acosta | DA-0752-13-4019-I-1 |
| Alfredo G. Campos | DA-0752-13-1722-I-1 |
| Allen W. Bode | DA-0752-13-2437-I-1 |
| Ana M. Bosquez | DA-0752-13-3441-I-1 |
| Andres Abrego | DA-0752-13-2425-I-1 |
| Andrew H. Babin | DA-0752-13-2773-I-1 |
| Andy Byrd | DA-0752-13-4607-I-1 |
| Andy L. Conner | DA-0752-13-3253-I-1 |
| Anthony Betancourt | DA-0752-13-1810-I-1 |
| Arnold Canales | DA-0752-13-3972-I-1 |
| Arnoldo R. Acuna | DA-0752-13-3823-I-1 |
| Arturo Cantu | DA-0752-13-2746-I-1 |
| Arturo G. Andrade | DA-0752-13-3581-I-1 |
| Augustin M. Blanco | DA-0752-13-3884-I-1 |
| Benjamin Aparicio | DA-0752-13-2278-I-1 |
| Billy R. Bailey | DA-0752-13-4712-I-1 |
| Brendalee D. Cruz | DA-0752-13-2708-I-1 |
| Brian O. Bratcher | DA-0752-13-3640-I-1 |

| | |
|---|---|
| Brian S. Brown | DA-0752-13-3926-I-1 |
| Bryan L. Copeland | DA-0752-13-3555-I-1 |
| Carol-Anne Cox | DA-0752-13-3946-I-1 |
| Casimiro I. Arriola | DA-0752-13-1461-I-1 |
| Charles Chavana | DA-0752-13-1226-I-1 |
| Christopher A. Carson | DA-0752-13-1928-I-1 |
| Cornelius E. Bonds | DA-0752-13-3589-I-1 |
| Cristina M. Buseman | DA-0752-13-3593-I-1 |
| Daniel C. Cirilo | DA-0752-13-2899-I-1 |
| Daniel L. Barrientez | DA-0752-13-2457-I-1 |
| Daniel R. Clark | DA-0752-13-3996-I-1 |
| Daniel S. Alvarez | DA-0752-13-4018-I-1 |
| Danny L. Mendiola | DA-0752-13-2447-I-1 |
| David Chagoya | DA-0752-13-2852-I-1 |
| David L. Barbay | DA-0752-13-3523-I-1 |
| David R. Acuna | DA-0752-13-2310-I-1 |
| David S. Ayala | DA-0752-13-3602-I-1 |
| Davie W. Castro | DA-0752-13-2844-I-1 |
| Dennis W. Campbell | DA-0752-13-3826-I-1 |
| Diana K. Brickley | DA-0752-13-3139-I-1 |
| Domenico L. Benitez | DA-0752-13-4287-I-1 |
| Donald J. Alexander | DA-0752-13-3232-I-1 |
| Dora J. Alcazar | DA-0752-13-2597-I-1 |
| Douglas M. Brubaker | DA-0752-13-3819-I-1 |
| Drew A. Altenburg | DA-0752-13-3616-I-1 |
| Edward Alvarez | DA-0752-13-1064-I-1 |
| Edward Botello | DA-0752-13-3572-I-1 |
| Edward Casiano | DA-0752-13-2713-I-1 |
| Edward D. Cain | DA-0752-13-3239-I-1 |

| | |
|---|---|
| Enedina Cervantes | DA-0752-13-3822-I-1 |
| Ernesto Amaya | DA-0752-13-1818-I-1 |
| Feliciano Cavazos | DA-0752-13-2312-I-1 |
| Frank Armendariz | DA-0752-13-3415-I-1 |
| Frankie G. Collins | DA-0752-13-2892-I-1 |
| Gabriel F. Caballero | DA-0752-13-4306-I-1 |
| Gabriel O. Cavazos | DA-0752-13-1066-I-1 |
| Gary D. Axsom | DA-0752-13-3991-I-1 |
| Gary L. Adams | DA-0752-13-2503-I-1 |
| Gene E. Boatman | DA-0752-13-2718-I-1 |
| Guadalupe A. Cantu | DA-0752-13-3646-I-1 |
| Guillermno Calderon | DA-0752-13-3784-I-1 |
| Hector Chapa | DA-0752-13-2674-I-1 |
| Hector Contreras | DA-0752-13-1922-I-1 |
| Hilda A. Barrera | DA-0752-13-2935-I-1 |
| Hugo A. Chavez | DA-0752-13-2637-I-1 |
| Humberto T. Campos | DA-0752-13-2628-I-1 |
| Jacob M. Araujo | DA-0752-13-2961-I-1 |
| James B. Alexander | DA-0752-13-3968-I-1 |
| James G. Aiken | DA-0752-13-2664-I-1 |
| James W. Cook | DA-0752-13-2694-I-1 |
| Jeff A. Barnes | DA-0752-13-3918-I-1 |
| Jess A. Avery | DA-0752-13-3790-I-1 |
| Jesse D. Alvarez | DA-0752-13-3425-I-1 |
| Jesse D. Cisneros | DA-0752-13-2821-I-1 |
| Jesse O. Biayobzcki | DA-0752-13-1704-I-1 |
| Jesus J. Barrientes | DA-0752-13-3788-I-1 |
| Jesus R. Carrillo | DA-0752-13-2769-I-1 |
| Jimmy Cantu | DA-0752-13-2028-I-1 |

| | |
|---|---|
| Jimmy L. Conner | DA-0752-13-1490-I-1 |
| Joe A. Caballos | DA-0752-13-3534-I-1 |
| Joe L. Cantu | DA-0752-13-2445-I-1 |
| John  G. Aguirre | DA-0752-13-1063-I-1 |
| John C. Andrade | DA-0752-13-2574-I-1 |
| John D. Alonzo | DA-0752-13-4038-I-1 |
| John H. Burch | DA-0752-13-3780-I-1 |
| Jon C. Cantu | DA-0752-13-4028-I-1 |
| Jonathan P. Botello | DA-0752-13-2700-I-1 |
| Jonathan W. Cloyd | DA-0752-13-3417-I-1 |
| Jose  A. Castillo | DA-0752-13-1065-I-1 |
| Jose A. Castillo | DA-0752-13-1809-I-1 |
| Jose G. Bulcen | DA-0752-13-2665-I-1 |
| Jose R. Alvarez | DA-0752-13-3689-I-1 |
| Joseph G. Benavides | DA-0752-13-3774-I-1 |
| Joshua Ayala | DA-0752-13-3634-I-1 |
| Joshua S. Chappell | DA-0752-13-3796-I-1 |
| Juan A. Carion | DA-0752-13-2814-I-1 |
| Juan D. Canizales | DA-0752-13-2644-I-1 |
| Juan M. Alvarez | DA-0752-13-3120-I-1 |
| Kathy P. Comstock | DA-0752-13-2939-I-1 |
| Kay L. Corral | DA-0752-13-2922-I-1 |
| Kevin S. Bradley | DA-0752-13-3420-I-1 |
| LaShaun D. Chappell | DA-0752-13-3573-I-1 |
| Lamar M. Avila | DA-0752-13-3427-I-1 |
| Leeandro C. Alderete | DA-0752-13-3837-I-1 |
| Leonard E. Acker | DA-0752-13-3628-I-1 |
| Leonel V. Adams | DA-0752-13-3886-I-1 |
| Linda E. Bass | DA-0752-13-2884-I-1 |

| | |
|---|---|
| Lionel R. Cortinas | DA-0752-13-3643-I-1 |
| Lodie M. Arredondo | DA-0752-13-2668-I-1 |
| Lorenza L. Canales | DA-0752-13-2612-I-1 |
| Louis L. Alvarado | DA-0752-13-2740-I-1 |
| MICHAEL V. ANDERSON | DA-0752-13-3642-I-1 |
| Manuel Alvarez | DA-0752-13-1612-I-1 |
| Manuel J. Coronado | DA-0752-13-2860-I-1 |
| Manuel N. Alvarez | DA-0752-13-2487-I-1 |
| Marcos C. Betancourt | DA-0752-13-1211-I-1 |
| Margarito Barraza | DA-0752-13-2659-I-1 |
| Maria G. Chacon | DA-0752-13-2460-I-1 |
| Mariano T. Cervantes | DA-0752-13-2846-I-1 |
| Mark A. Bradsher | DA-0752-13-3855-I-1 |
| Mark A. Cahlik | DA-0752-14-0317-I-1 |
| Mark Bustos | DA-0752-13-2565-I-1 |
| Martin Benavides | DA-0752-13-2907-I-1 |
| Matthew Benavides | DA-0752-13-3890-I-1 |
| Matthew D. Babbitt | DA-0752-13-4035-I-1 |
| Michael Benavides | DA-0752-13-1466-I-1 |
| Michael Cortinas | DA-0752-13-1496-I-1 |
| Michael K. Byron | DA-0752-13-4039-I-1 |
| Mike C. Briseno | DA-0752-13-3961-I-1 |
| Monica Carranza | DA-0752-13-3620-I-1 |
| Nancy G. Burgess | DA-0752-13-3845-I-1 |
| Nestor M. Chavez | DA-0752-13-2854-I-1 |
| Octaviano Aleman | DA-0752-13-3635-I-1 |
| Olga Benavidez | DA-0752-13-3624-I-1 |
| Omar Bosquez | DA-0752-13-3894-I-1 |
| Orlando J. Almaguer | DA-0752-13-2431-I-1 |

| | |
|---|---|
| Paul Creacy | DA-0752-13-2782-I-1 |
| Ramiro M. Barajas | DA-0752-13-3551-I-1 |
| Randell F. Carr | DA-0752-13-1464-I-1 |
| Reynaldo J. Contreras | DA-0752-13-3219-I-1 |
| Rhett P. Butler | DA-0752-13-3858-I-1 |
| Ricardo Amaya | DA-0752-13-3229-I-1 |
| Ricardo M. Cruz | DA-0752-13-3676-I-1 |
| Richard G. Carter | DA-0752-13-3235-I-1 |
| Rikki Craig | DA-0752-13-4605-I-1 |
| Robert Aguirre | DA-0752-13-3872-I-1 |
| Robert J. Bean | DA-0752-13-3586-I-1 |
| Robert L. Anderson | DA-0752-13-3470-I-1 |
| Robert L. Castaneda | DA-0752-13-3579-I-1 |
| Roberto Almaraz | DA-0752-13-3978-I-1 |
| Roger D. Banks | DA-0752-13-3594-I-1 |
| Romeo A. Arriaga | DA-0752-13-3471-I-1 |
| Roy C. Coffman | DA-0752-13-2897-I-1 |
| Ruben Arreola | DA-0752-13-3252-I-1 |
| Ruben Ayala | DA-0752-13-2409-I-1 |
| Russell T. Brashars | DA-0752-13-3433-I-1 |
| Sammy Cabrera | DA-0752-13-3571-I-1 |
| Sara Botello | DA-0752-13-2411-I-1 |
| Shaunna L. Cavazos | DA-0752-13-3648-I-1 |
| Shea H. Adams | DA-0752-13-2455-I-1 |
| Steve W. Boxwell | DA-0752-13-3787-I-1 |
| Susan C. Caldwell | DA-0752-13-3225-I-1 |
| Sylvia S. Benavides | DA-0752-13-2499-I-1 |
| Theodoro Contreras | DA-0752-13-2796-I-1 |
| Thomas A. Brinn | DA-0752-13-3230-I-1 |

| | |
|---|---|
| Thomas A. Cantu | DA-0752-13-3562-I-1 |
| Timothy C. Corwin | DA-0752-13-2291-I-1 |
| Tina M. Cox | DA-0752-13-3124-I-1 |
| Veronica R. Alvarado | DA-0752-13-3544-I-1 |
| Victor E. Castillo | DA-0752-13-2944-I-1 |
| Yolanda Coleman | DA-0752-13-3242-I-1 |

APPENDIX B

CCAD ARX6-2

DA-0752-14-0281-I-1

| | |
|---|---|
| Aaron T. Gonzalez | DA-0752-13-3631-I-1 |
| Adam Franco | DA-0752-13-2667-I-1 |
| Agustin H. Garcia | DA-0752-13-2866-I-1 |
| Albert G. Guajardo | DA-0752-13-3650-I-1 |
| Alberto Delgado | DA-0752-13-3883-I-1 |
| Alejos Elizondo | DA-0752-13-3904-I-1 |
| Alfonso G. Flores | DA-0752-13-2753-I-1 |
| Alfonso G. Garcia | DA-0752-13-3469-I-1 |
| Alfredo De La Garza | DA-0752-13-2468-I-1 |
| Amador Y. Duran | DA-0752-13-2857-I-1 |
| Andres Garcia | DA-0752-13-2973-I-1 |
| Andres Garcia | DA-0752-13-1485-I-1 |
| Andrew Garza | DA-0752-13-3619-I-1 |
| Antonio Garcia | DA-0752-13-3444-I-1 |
| Armando Felix | DA-0752-13-2609-I-1 |
| Arnulfo Flores | DA-0752-13-3925-I-1 |
| Arthur Gomez | DA-0752-13-1807-I-1 |
| Belen A. Epps | DA-0752-13-3863-I-1 |
| Belinda Gamez | DA-0752-13-3939-I-1 |
| Braulio Dominguez | DA-0752-13-3931-I-1 |
| Bryan A. Gomez | DA-0752-13-2732-I-1 |
| Cain D. Gracia | DA-0752-13-3570-I-1 |
| Carlos  G. Garza | DA-0752-13-2788-I-1 |
| Carlos A. Diaz | DA-0752-13-2937-I-1 |
| Christina M. Gonzalez | DA-0752-13-1071-I-1 |

| | |
|---|---|
| Christopher A. Flores | DA-0752-13-3424-I-1 |
| Christopher G. Guzman | DA-0752-13-2653-I-1 |
| Christopher R. Green | DA-0752-13-3609-I-1 |
| Clemente Gonzalez | DA-0752-13-3595-I-1 |
| Consuelo Gonzalez | DA-0752-13-1995-I-1 |
| Corando Gallegos | DA-0752-13-2799-I-1 |
| Corey L. Gunter | DA-0752-13-4033-I-1 |
| Curtis Davis | DA-0752-13-2834-I-1 |
| Cynthia M. Garza | DA-0752-13-3810-I-1 |
| Daniel G. Flores | DA-0752-13-3792-I-1 |
| Daniel Garcia | DA-0752-13-3873-I-1 |
| Daniel L. Garibay | DA-0752-13-2891-I-1 |
| Dario Encinia | DA-0752-13-2469-I-1 |
| Darrell E. Easter | DA-0752-13-3944-I-1 |
| David A. Garcia | DA-0752-13-3662-I-1 |
| David A. Garza | DA-0752-13-3815-I-1 |
| David F. Garcia | DA-0752-13-3134-I-1 |
| David M. Fiorenzi | DA-0752-13-3680-I-1 |
| David R. Flores | DA-0752-13-1070-I-1 |
| Dee A. Espurvoa | DA-0752-13-3993-I-1 |
| Diana P. Garcia | DA-0752-13-4040-I-1 |
| Diane H. Fjeldahl | DA-0752-13-3818-I-1 |
| Domingo Gonzalez | DA-0752-13-1072-I-1 |
| Douglas Franklin | DA-0752-13-4004-I-1 |
| Edward R. Escareno | DA-0752-13-2600-I-1 |
| Efrain Garza | DA-0752-13-3881-I-1 |
| Elias J. Escobedo | DA-0752-13-3824-I-1 |
| Elma Garcia-Trevino | DA-0752-13-2877-I-1 |
| Emilio Guerra | DA-0752-13-2831-I-1 |

| | |
|---|---|
| Enrique A. Figueroa | DA-0752-13-2927-I-1 |
| Enrique G. Garcia | DA-0752-13-3552-I-1 |
| Enrique L. Espinosa | DA-0752-13-3688-I-1 |
| Eric A. Diaz | DA-0752-13-3870-I-1 |
| Ernest A. Garcia | DA-0752-13-3249-I-1 |
| Ernesto R. Flores | DA-0752-13-3625-I-1 |
| Fernando G. Flores | DA-0752-13-2410-I-1 |
| Francisco Gaona | DA-0752-13-3807-I-1 |
| Gabriel Garcia | DA-0752-13-2571-I-1 |
| Gabriel Gomez | DA-0752-13-2439-I-1 |
| Genero Garcia | DA-0752-13-3935-I-1 |
| Gilberto Escamilla | DA-0752-13-3910-I-1 |
| Graciela R. Gomez | DA-0752-13-2512-I-1 |
| Guadalupe Davila | DA-0752-13-3835-I-1 |
| Gustavo Gonzalez | DA-0752-13-3440-I-1 |
| Harry E. Falcon | DA-0752-13-3464-I-1 |
| Hector Garcia | DA-0752-13-3936-I-1 |
| Hector N. Deleon | DA-0752-13-1216-I-1 |
| Isaac DePriest | DA-0752-13-1068-I-1 |
| Israel O. Flores | DA-0752-13-2577-I-1 |
| Issac R. Garza | DA-0752-13-3234-I-1 |
| Jaime B. Garcia | DA-0752-13-2405-I-1 |
| James J. Flores | DA-0752-13-3611-I-1 |
| James M. Evans | DA-0752-13-3121-I-1 |
| Jason F. Edwards | DA-0752-13-3880-I-1 |
| Jennifer L. Flores | DA-0752-13-2578-I-1 |
| Jerardo Gamino | DA-0752-13-3396-I-1 |
| Jesse R. Guerra | DA-0752-13-1497-I-1 |
| Jesus Garcia | DA-0752-13-2716-I-1 |

| | |
|---|---|
| Jesus Garcia | DA-0752-13-2453-I-1 |
| Jesus Gutierrez | DA-0752-13-3575-I-1 |
| Jimmie C. Dennis | DA-0752-13-3527-I-1 |
| Joe G. Garcia | DA-0752-13-2923-I-1 |
| Joel Espuruda | DA-0752-13-2757-I-1 |
| Joel Garza | DA-0752-13-2303-I-1 |
| John C. Flores | DA-0752-13-3227-I-1 |
| John J. Flores | DA-0752-13-3615-I-1 |
| John M. Esqueda | DA-0752-13-2726-I-1 |
| John M. Garza | DA-0752-13-3865-I-1 |
| Jorge A. Fernandez | DA-0752-13-2802-I-1 |
| Jose A. Gonzales | DA-0752-13-3974-I-1 |
| Jose Dominguez | DA-0752-13-2839-I-1 |
| Jose G. Gonzalez | DA-0752-13-3669-I-1 |
| Jose Garza | DA-0752-13-3637-I-1 |
| Jose J. Franco | DA-0752-13-4289-I-1 |
| Joseph L. Danley | DA-0752-13-3597-I-1 |
| Joshua C. Gonzales | DA-0752-13-3564-I-1 |
| Joshua R. Everett | DA-0752-13-2828-I-1 |
| Juan E. Garcia | DA-0752-13-2548-I-1 |
| Juan Gonzalez | DA-0752-13-1804-I-1 |
| Juan L. Gonzalez | DA-0752-13-2683-I-1 |
| Justin Davis | DA-0752-13-4604-I-1 |
| Karl R. Gibson | DA-0752-13-2781-I-1 |
| Kent W. Goodwin | DA-0752-13-1487-I-1 |
| Kevin J. Easley | DA-0752-13-3900-I-1 |
| Louis R. Guillen | DA-0752-13-3851-I-1 |
| Luis P. Garcia | DA-0752-13-3228-I-1 |
| Mack Eden | DA-0752-13-3463-I-1 |

| | |
|---|---|
| Manuel Garcia | DA-0752-13-3682-I-1 |
| Manuel Gonzalez | DA-0752-13-1231-I-1 |
| Marciano J. Gonzalez | DA-0752-13-3604-I-1 |
| Margil M. Guerra | DA-0752-13-2646-I-1 |
| Maria A. Garcia | DA-0752-13-2888-I-1 |
| Mario A. Estrada | DA-0752-13-2630-I-1 |
| Martin M. Gutierrez | DA-0752-13-2561-I-1 |
| Martin R. Garcia | DA-0752-13-2865-I-1 |
| Matthew R. Garza | DA-0752-13-3820-I-1 |
| Melina C. Garza | DA-0752-13-3888-I-1 |
| Michael Garza | DA-0752-13-3684-I-1 |
| Michael L. Gallegos | DA-0752-13-3994-I-1 |
| Michal E. Funk | DA-0752-13-3813-I-1 |
| Micheal Esparza | DA-0752-13-2902-I-1 |
| Nicole L. Garcia | DA-0752-13-2900-I-1 |
| Norman S. Dozier | DA-0752-13-1069-I-1 |
| Olivia M. Dominguez | DA-0752-13-3673-I-1 |
| Ophelia F. Garza | DA-0752-13-3598-I-1 |
| Orlando Delacruz | DA-0752-13-3460-I-1 |
| Oscar G. Garza | DA-0752-13-3806-I-1 |
| Oscar Garcia | DA-0752-13-4017-I-1 |
| Oscar Gutierrez | DA-0752-13-2553-I-1 |
| Pedro Gonzales | DA-0752-13-1921-I-1 |
| Raul Garcia | DA-0752-13-1230-I-1 |
| Raul Garza | DA-0752-13-1483-I-1 |
| Raul S. Garcia | DA-0752-13-2318-I-1 |
| Ray E. Elizondo | DA-0752-13-4529-I-1 |
| Reinaldo Granado | DA-0752-13-2898-I-1 |
| Reynaldo DeLeon | DA-0752-13-1462-I-1 |

| | |
|---|---|
| Reynaldo G. Guerrero | DA-0752-13-4009-I-1 |
| Ricardo Galindo | DA-0752-13-1924-I-1 |
| Ricardo M. Gonzalez | DA-0752-13-3606-I-1 |
| Richard A. Gabehart | DA-0752-13-4043-I-1 |
| Richard A. Gale | DA-0752-13-2867-I-1 |
| Richard L. Guenter | DA-0752-13-2652-I-1 |
| Richard M. Garcia | DA-0752-13-1854-I-1 |
| Richard P. Gonzalez | DA-0752-13-3920-I-1 |
| Robert A. Gonzalez | DA-0752-13-3658-I-1 |
| Robert Garcia | DA-0752-13-3558-I-1 |
| Robert Gomez | DA-0752-13-3834-I-1 |
| Roberto Flores | DA-0752-13-2459-I-1 |
| Roderick T. Dunham | DA-0752-13-2657-I-1 |
| Roel M. Escobar | DA-0752-13-2589-I-1 |
| Rogelio Gallegos | DA-0752-13-3666-I-1 |
| Roger B. Duenes | DA-0752-13-2277-I-1 |
| Roger Gallegos | DA-0752-13-3986-I-1 |
| Rojelio R. Garcia | DA-0752-13-3627-I-1 |
| Rolland L. Forward | DA-0752-13-2426-I-1 |
| Rosendo C. Gonzales | DA-0752-13-2679-I-1 |
| Ruben D. Gonzalez | DA-0752-13-3687-I-1 |
| Ruben Garcia | DA-0752-13-2301-I-1 |
| Rudy Garcia | DA-0752-13-2835-I-1 |
| Rudy Garza | DA-0752-13-2677-I-1 |
| Samuel Escareno | DA-0752-13-3566-I-1 |
| Samuel Garrett | DA-0752-13-2837-I-1 |
| Sandra T. Garza | DA-0752-13-2938-I-1 |
| Santiago Gonzales | DA-0752-13-3126-I-1 |
| Sergio Franco | DA-0752-13-2735-I-1 |

| | |
|---|---|
| Simon Guerrero | DA-0752-13-2275-I-1 |
| Sonia M. Esqueda | DA-0752-13-2576-I-1 |
| Stephanie A. Funk | DA-0752-13-2905-I-1 |
| Stephen R. Duncan | DA-0752-13-2575-I-1 |
| Steven Garcia | DA-0752-13-3250-I-1 |
| Steven S. Garcia | DA-0752-13-2869-I-1 |
| Susan E. Faught | DA-0752-13-2703-I-1 |
| Thomas Franco | DA-0752-13-3847-I-1 |
| Tina A. Gonzalez | DA-0752-13-2886-I-1 |
| Tomas Gonzalez | DA-0752-13-3430-I-1 |
| Veronica Gonzalez | DA-0752-13-3869-I-1 |
| Victor Garcia | DA-0752-13-3812-I-1 |
| Victor O. Garcia | DA-0752-13-2850-I-1 |
| Wilfrido Galvan | DA-0752-13-1996-I-1 |
| William H. Guinn | DA-0752-13-2494-I-1 |

APPENDIX C

CCAD ARX6-3
DA-0752-14-0379-I-1


| | |
|---|---|
| Aaron Hoss | DA-0752-13-3478-I-1 |
| Abram Lopez | DA-0752-13-3655-I-1 |
| Adrian J.  Martinez | DA-0752-13-1078-I-1 |
| Alejandro Lopez | DA-0752-13-3143-I-1 |
| Allen Heider | DA-0752-13-2840-I-1 |
| Ann G. Harris | DA-0752-13-3466-I-1 |
| Antonio G. Lopez | DA-0752-13-2276-I-1 |
| Armando E. Lopez | DA-0752-13-2681-I-1 |
| Armando Leal | DA-0752-13-1484-I-1 |
| Astrid S. Hopkins | DA-0752-13-3940-I-1 |
| Barbara Luna | DA-0752-13-2471-I-1 |
| Bruce D. Hardy | DA-0752-13-2958-I-1 |
| Bryan A. Martinez | DA-0752-13-2666-I-1 |
| Bryan J. Hedrick | DA-0752-13-2722-I-1 |
| Cameron M. McKenzie | DA-0752-13-4052-I-1 |
| Carlos Hernandez | DA-0752-13-3445-I-1 |
| Carlos Lopez | DA-0752-13-3948-I-1 |
| Carlos P. Luna | DA-0752-13-2591-I-1 |
| Carmen M. Loving | DA-0752-13-4029-I-1 |
| Charles S. Hoke | DA-0752-13-3582-I-1 |
| Christina G. Lara | DA-0752-13-2871-I-1 |
| Christopher R. Martinez | DA-0752-13-3129-I-1 |
| Clifford D. Hostutler | DA-0752-13-2912-I-1 |
| Clifton W. James | DA-0752-13-3885-I-1 |
| Curtis L. Langridge | DA-0752-13-3992-I-1 |

| | |
|---|---|
| Cynthia G. Lewis | DA-0752-13-3683-I-1 |
| Cynthia K. Holmes | DA-0752-13-3814-I-1 |
| Daniel P. Martinez | DA-0752-13-3997-I-1 |
| Daniel T. Jimenez | DA-0752-13-2440-I-1 |
| Daniel V. Hernandez | DA-0752-13-2444-I-1 |
| Danny J. Hughes | DA-0752-13-2550-I-1 |
| Darren V. Lister | DA-0752-13-3861-I-1 |
| David E. Lechner | DA-0752-13-2319-I-1 |
| David J. Landa | DA-0752-13-3576-I-1 |
| David M. Hurley | DA-0752-13-1428-I-1 |
| David V. Hernandez | DA-0752-13-3565-I-1 |
| Delma R. Lopez | DA-0752-13-3875-I-1 |
| Diana C. Maldonado | DA-0752-13-3990-I-1 |
| Edward Herrera | DA-0752-13-3995-I-1 |
| Eliseo G. Martinez | DA-0752-13-2433-I-1 |
| Emilio F. Jimenez | DA-0752-13-2414-I-1 |
| Eric F. Hill | DA-0752-13-3443-I-1 |
| Eric M. Jolly | DA-0752-13-3934-I-1 |
| Eric M. Killian | DA-0752-13-2316-I-1 |
| Eric V. Martinez | DA-0752-13-3786-I-1 |
| Ervey J. Martinez | DA-0752-13-2412-I-1 |
| Evan A. Huck | DA-0752-13-3568-I-1 |
| Ezekiel L. Lara | DA-0752-13-3962-I-1 |
| Francisco Herrera | DA-0752-13-3542-I-1 |
| Francisco J. Hinojosa | DA-0752-13-2918-I-1 |
| Frank L. Horton | DA-0752-13-4044-I-1 |
| Frank L. Johnson | DA-0752-13-3866-I-1 |
| Gabriel J. Luna | DA-0752-13-2671-I-1 |
| Genaro Lopez | DA-0752-13-2861-I-1 |

| | |
|---|---|
| George Leal | DA-0752-13-3693-I-1 |
| Gerald W. Hance | DA-0752-13-2648-I-1 |
| Geronimo Martinez | DA-0752-13-2647-I-1 |
| Gilberto Hinojosa | DA-0752-13-3522-I-1 |
| Guadalupe Leal | DA-0752-13-3959-I-1 |
| Hector E. Herrera | DA-0752-13-3664-I-1 |
| Hector Hernandez | DA-0752-13-2607-I-1 |
| Herman D. Harvey | DA-0752-13-3559-I-1 |
| Hilario Lugo | DA-0752-13-3839-I-1 |
| Hilario Martinez | DA-0752-13-1705-I-1 |
| Ismael Martinez | DA-0752-13-3142-I-1 |
| Jacob A. Leos | DA-0752-13-3892-I-1 |
| Jacob O. Hart | DA-0752-13-4294-I-1 |
| Jaime Jimenez | DA-0752-13-3226-I-1 |
| James A. Lott | DA-0752-13-3895-I-1 |
| James E. Hesskew | DA-0752-13-2818-I-1 |
| James J. Kinney | DA-0752-13-1077-I-1 |
| Javier N. Huerta | DA-0752-13-2661-I-1 |
| Jeremiah A. Johnson | DA-0752-14-0195-I-1 |
| Jim J. Hinkey | DA-0752-13-3587-I-1 |
| Joe F. Lopez | DA-0752-13-3956-I-1 |
| Joe G. Martinez | DA-0752-13-2490-I-1 |
| Joe L. Lopez | DA-0752-13-2423-I-1 |
| John A. Lewis | DA-0752-13-3856-I-1 |
| John P. Karg | DA-0752-13-3592-I-1 |
| John P. Luke | DA-0752-13-2484-I-1 |
| John T. Lopez | DA-0752-13-3671-I-1 |
| Johnny Martinez | DA-0752-13-2790-I-1 |
| Jose A. Hawkins | DA-0752-13-4022-I-1 |

| | |
|---|---|
| Jose A. Jimenez | DA-0752-13-1797-I-1 |
| Jose A. Martinez | DA-0752-13-3653-I-1 |
| Jose F. Jimenez | DA-0752-13-2563-I-1 |
| Josefina Huape | DA-0752-13-2910-I-1 |
| Joseph L. Herrera | DA-0752-13-2675-I-1 |
| Joseph R. Kaper | DA-0752-13-3864-I-1 |
| Joshua A. Leos | DA-0752-13-3639-I-1 |
| Joshua C. Lopez | DA-0752-13-2830-I-1 |
| Juan A. Martinez | DA-0752-13-3816-I-1 |
| Juan J. Martinez | DA-0752-13-2692-I-1 |
| Juan R. Lara | DA-0752-13-3548-I-1 |
| Juanita C. Martinez | DA-0752-13-3116-I-1 |
| Julian Lopez | DA-0752-13-1756-I-1 |
| Julio M. Lopez | DA-0752-13-3942-I-1 |
| Justin H. Hanson | DA-0752-13-1492-I-1 |
| Kara L. Howell | DA-0752-13-2501-I-1 |
| Karl W. Littlejohn | DA-0752-13-4003-I-1 |
| Kevin E. Kell | DA-0752-13-4041-I-1 |
| Kevin J. Lacour | DA-0752-13-4008-I-1 |
| Lemar S. Martin | DA-0752-13-3903-I-1 |
| Leonard Lopez | DA-0752-13-2940-I-1 |
| Linda F. Jackson | DA-0752-13-4049-I-1 |
| Lionel Hernandez | DA-0752-13-1073-I-1 |
| Lisa A. Matthews | DA-0752-13-3135-I-1 |
| Lloyd C. Loree | DA-0752-13-2933-I-1 |
| Lloyd M. Holloway | DA-0752-13-3453-I-1 |
| Manuel D. Johnson | DA-0752-13-2506-I-1 |
| Marcus W. Johnson | DA-0752-13-3450-I-1 |
| Maria G. Leal | DA-0752-13-3622-I-1 |

| | |
|---|---|
| Mark  A. Heyder | DA-0752-13-1074-I-1 |
| Martin G. Luis | DA-0752-13-3652-I-1 |
| Martin Martinez | DA-0752-13-3979-I-1 |
| Merced Lopez | DA-0752-13-3843-I-1 |
| Michael A. Hernandez | DA-0752-13-2680-I-1 |
| Michael Kaufman | DA-0752-13-2779-I-1 |
| Michael L. Johnson | DA-0752-13-4292-I-1 |
| Michael W. Jewell | DA-0752-13-1076-I-1 |
| Michael W. Kyle | DA-0752-13-3804-I-1 |
| Milton C. Ivy | DA-0752-13-2442-I-1 |
| Nicolas Martinez | DA-0752-13-3692-I-1 |
| Noe H. Lozano | DA-0752-13-2320-I-1 |
| Noe Jimenez | DA-0752-13-3907-I-1 |
| Noelia P. LeLaurin | DA-0752-13-2882-I-1 |
| Norma L. Martinez | DA-0752-13-3221-I-1 |
| Nykkolette A. Hornsby | DA-0752-13-3794-I-1 |
| Ovidio V. Martinez | DA-0752-13-2663-I-1 |
| Pablo Lazo | DA-0752-13-2959-I-1 |
| Patricia A. Martinez | DA-0752-13-3133-I-1 |
| Patrick K. Lacy | DA-0752-13-2464-I-1 |
| Patrick Lewis | DA-0752-13-1961-I-1 |
| Patrick S. Hattersley | DA-0752-13-2929-I-1 |
| Paulino Landa | DA-0752-13-2478-I-1 |
| Pedro Infante | DA-0752-13-2730-I-1 |
| Pedro Lopez | DA-0752-13-3785-I-1 |
| Peli Leulu | DA-0752-13-2804-I-1 |
| Peter Hernandez | DA-0752-13-4006-I-1 |
| Phillip M. Letts | DA-0752-13-2614-I-1 |
| Phillip Martin | DA-0752-13-1607-I-1 |

| | |
|---|---|
| Piranski Joseph | DA-0752-13-3921-I-1 |
| Rafael Lopez | DA-0752-13-2878-I-1 |
| Raoul A. Lerma | DA-0752-13-4034-I-1 |
| Raul P. Lozano | DA-0752-13-2955-I-1 |
| Ray A. Madrigal | DA-0752-13-3654-I-1 |
| Ray Mares | DA-0752-13-1228-I-1 |
| Rene J. Hernandez | DA-0752-13-2451-I-1 |
| Reyes H. Martinez | DA-0752-13-2963-I-1 |
| Reynold A. John | DA-0752-13-3857-I-1 |
| Ricardo Lopez | DA-0752-13-3969-I-1 |
| Richard  Loya | DA-0752-13-1467-I-1 |
| Richard A. Martinez | DA-0752-13-3789-I-1 |
| Robert  Lucio | DA-0752-13-1465-I-1 |
| Robert E. Hopkins | DA-0752-13-2721-I-1 |
| Robert G. Hannabass | DA-0752-13-3929-I-1 |
| Robert G. Janosek | DA-0752-13-4021-I-1 |
| Robert G. Lemos | DA-0752-13-2549-I-1 |
| Robert Lazo | DA-0752-13-3240-I-1 |
| Roel F. Luna | DA-0752-13-3838-I-1 |
| Rogelio Lopez | DA-0752-13-4002-I-1 |
| Roger H. Krayse | DA-0752-13-2507-I-1 |
| Roger J. Huron | DA-0752-13-3912-I-1 |
| Roland D. Marquez | DA-0752-13-2299-I-1 |
| Ron G. Jaime | DA-0752-13-2416-I-1 |
| Ronald A. Kenyon | DA-0752-13-2497-I-1 |
| Sandra L. Jackson | DA-0752-13-4024-I-1 |
| Santos F. Martinez | DA-0752-13-3691-I-1 |
| Sergio J. Magana | DA-0752-13-2514-I-1 |
| Steve Mason | DA-0752-13-4055-I-1 |

| | |
|---|---|
| Sylvia M. Leal | DA-0752-13-3937-I-1 |
| Tammy G. Hilliard | DA-0752-13-2731-I-1 |
| Thomas Jaimes | DA-0752-13-2654-I-1 |
| Tomas Lozano | DA-0752-13-3130-I-1 |
| Tommy L. Herrera | DA-0752-13-3549-I-1 |
| Tracy A. Hughes | DA-0752-13-3842-I-1 |
| Valentin Lopez | DA-0752-13-3610-I-1 |
| Veronica Martinez | DA-0752-13-2697-I-1 |
| Wallace G. Ham | DA-0752-13-3811-I-1 |
| Walter L. Kroft | DA-0752-13-2764-I-1 |
| Willie L. Hill | DA-0752-13-2673-I-1 |

APPENDIX D

CCAD ARX6-4
DA-0752-14-0390-I-1

| | |
|---|---|
| Alvin J. Mikus | DA-0752-13-2925-I-1 |
| Amanda Peralez | DA-0752-13-1604-I-1 |
| Arnaldo Pabon | DA-0752-13-1080-I-1 |
| Benjamin D. Miller | DA-0752-13-2650-I-1 |
| Brian Robbins | DA-0752-13-1227-I-1 |
| Caldean L. Pitcher | DA-0752-13-3859-I-1 |
| Carlos G. Pena | DA-0752-13-3821-I-1 |
| Carlos Montez | DA-0752-13-3553-I-1 |
| Carlos R. Medina | DA-0752-13-2559-I-1 |
| Carlos Rossel | DA-0752-13-3431-I-1 |
| Carrie P. Riley | DA-0752-13-2868-I-1 |
| Catherine M. Moulzolf | DA-0752-13-2816-I-1 |
| Cesar Munoz | DA-0752-13-1220-I-1 |
| Charles E. Robinson | DA-0752-13-2651-I-1 |
| Che A. Presas | DA-0752-13-2482-I-1 |
| Christobal S. Rodriguez | DA-0752-13-2308-I-1 |
| Christopher L. Rittgers | DA-0752-13-3641-I-1 |
| Crystal A. Rosales | DA-0752-13-3125-I-1 |
| Damasio Perez | DA-0752-13-3518-I-1 |
| Daniel A. Pompa | DA-0752-13-2540-I-1 |
| Daniel Rodriguez | DA-0752-13-2743-I-1 |
| Dara Rosenzweig | DA-0752-13-3118-I-1 |
| Dario J. Reyes | DA-0752-13-2931-I-1 |
| Darren R. Rew | DA-0752-13-2415-I-1 |
| David Pena | DA-0752-13-2029-I-1 |

| | |
|---|---|
| David K. Pletcher | DA-0752-13-3879-I-1 |
| David O. Rodriguez | DA-0752-13-4045-I-1 |
| David Ruiz | DA-0752-13-3675-I-1 |
| Denise Mechell | DA-0752-13-3574-I-1 |
| Dennis K. Norcross | DA-0752-13-2806-I-1 |
| Dina Reyna | DA-0752-13-2585-I-1 |
| Domingo Mendoza | DA-0752-13-4005-I-1 |
| Domingo Naranjo | DA-0752-13-3436-I-1 |
| Edward M. Morales | DA-0752-13-3988-I-1 |
| Edward M. Powell | DA-0752-13-3898-I-1 |
| Edward M. Rokusek | DA-0752-13-3924-I-1 |
| Edward R. Morgan | DA-0752-13-4023-I-1 |
| Edward Recio | DA-0752-13-3965-I-1 |
| Efrain Ozuna | DA-0752-13-2950-I-1 |
| Elva I. Rodriguez | DA-0752-13-2736-I-1 |
| Emilio Reyes | DA-0752-13-3596-I-1 |
| Eric J. Rodriguez | DA-0752-13-2770-I-1 |
| Eric Murphy | DA-0752-13-1213-I-1 |
| Erma L. Nelson | DA-0752-13-2634-I-1 |
| Ernest C. Ramos | DA-0752-13-3247-I-1 |
| Ernest J. Reyes | DA-0752-13-3896-I-1 |
| Eugenio Reyna | DA-0752-13-2546-I-1 |
| Evangelina Prado | DA-0752-13-2473-I-1 |
| Flenoy R. Phillips | DA-0752-13-2660-I-1 |
| Fred E. Paul | DA-0752-13-2428-I-1 |
| Gabriel Ramirez | DA-0752-13-2914-I-1 |
| Gary W. Musgrove | DA-0752-13-3983-I-1 |
| Gene P. Ng | DA-0752-13-3825-I-1 |
| George Robles | DA-0752-13-2435-I-1 |

| | |
|---|---|
| Gerald D. Reyes | DA-0752-13-3871-I-1 |
| Gilbert Reyna | DA-0752-13-3941-I-1 |
| Gilberto R. Rosalez | DA-0752-13-4026-I-1 |
| Gloria M. Olivarez | DA-0752-13-2815-I-1 |
| Gregory G. Overton | DA-0752-13-2670-I-1 |
| Guadalupe Quintanilla | DA-0752-13-2686-I-1 |
| Hadrian D. Morales | DA-0752-13-3854-I-1 |
| Helio Perez | DA-0752-13-2810-I-1 |
| Hermenegildo Perez | DA-0752-13-1609-I-1 |
| Horace S. Montgomery | DA-0752-13-3777-I-1 |
| Humberto J. Ortiz | DA-0752-13-3419-I-1 |
| Humberto Miranda | DA-0752-13-4020-I-1 |
| James A. Ortega | DA-0752-13-2297-I-1 |
| James E. Payno | DA-0752-13-3546-I-1 |
| James R. Middour | DA-0752-13-3605-I-1 |
| James R. Patterson | DA-0752-13-3613-I-1 |
| Jason A. Rodriguez | DA-0752-13-3251-I-1 |
| Javier A. Rosario | DA-0752-13-2479-I-1 |
| Jeffrey K. Reid | DA-0752-13-2863-I-1 |
| Jeffrey L. Nelson | DA-0752-13-2817-I-1 |
| Jeffrey L. Roten | DA-0752-13-3853-I-1 |
| Jeffrey S. Plake | DA-0752-13-3241-I-1 |
| Jesus Rodriguez | DA-0752-13-3621-I-1 |
| Joe E. Nesmith | DA-0752-13-2443-I-1 |
| Joe J. Montoya | DA-0752-13-2774-I-1 |
| John M. Rojas | DA-0752-13-2688-I-1 |
| Jonathan T. Rogers | DA-0752-13-3224-I-1 |
| Jose A. Moreno | DA-0752-13-3600-I-1 |
| Jose A. Ramon | DA-0752-13-4600-I-1 |

| | |
|---|---|
| Jose L. Puente | DA-0752-13-3218-I-1 |
| Jose L. Rivers | DA-0752-13-3928-I-1 |
| Jose M. Ortega | DA-0752-13-3623-I-1 |
| Jose Pardo | DA-0752-13-2784-I-1 |
| Jose Rodriguez | DA-0752-13-2406-I-1 |
| Joseph A. Ramos | DA-0752-13-2510-I-1 |
| Juan C. Orozco | DA-0752-13-1915-I-1 |
| Julian Palos | DA-0752-13-3831-I-1 |
| Kay L. Rittgers | DA-0752-13-2420-I-1 |
| Kimberly Quiroga | DA-0752-13-3850-I-1 |
| Larry K. Mitchell | DA-0752-13-4011-I-1 |
| Larry Ochoa | DA-0752-13-3560-I-1 |
| Lawrence M. Norotsky | DA-0752-13-1437-I-1 |
| Lee A. Ramon | DA-0752-13-4013-I-1 |
| Leroy E. Oelrich | DA-0752-13-3670-I-1 |
| Liza M. Reid | DA-0752-13-3867-I-1 |
| Mandy Muniz | DA-0752-13-2800-I-1 |
| Manuel M. Rodriguez | DA-0752-13-2741-I-1 |
| Manuel Perez | DA-0752-13-2466-I-1 |
| Manuel Perez | DA-0752-13-2655-I-1 |
| Manuel Rincones | DA-0752-13-2953-I-1 |
| Marcus W. Muniz | DA-0752-13-3585-I-1 |
| Mario Moreno | DA-0752-13-2946-I-1 |
| Marisela Moya | DA-0752-13-4290-I-1 |
| Matthew L. O'Donnell | DA-0752-13-3827-I-1 |
| Melquiades Miranda | DA-0752-13-2542-I-1 |
| Michael A. Ramirez | DA-0752-13-3583-I-1 |
| Michael H. Richardson | DA-0752-13-3591-I-1 |
| Michael L. Rust | DA-0752-13-2495-I-1 |

| | |
|---|---|
| Michael Q. Mueller | DA-0752-13-3846-I-1 |
| Michael W. Nsoh | DA-0752-13-3578-I-1 |
| Michael W. Orrick | DA-0752-13-2825-I-1 |
| Miguel Mendoza | DA-0752-13-2842-I-1 |
| Mitchum Nagir | DA-0752-13-1233-I-1 |
| Monica M. Medina-Garza | DA-0752-13-3952-I-1 |
| Monica Mondragon | DA-0752-13-3899-I-1 |
| Morris T. Mister | DA-0752-13-2705-I-1 |
| Nari A. Muhammad | DA-0752-13-2880-I-1 |
| Noe I. Ramos | DA-0752-13-3876-I-1 |
| Nora S. Najera | DA-0752-13-3123-I-1 |
| Oscar Rodriguez | DA-0752-13-3636-I-1 |
| Pamela A. Robinson | DA-0752-13-2759-I-1 |
| Paul M. Ramon | DA-0752-13-3569-I-1 |
| Paul Rowland | DA-0752-13-3638-I-1 |
| Peter L. Peralez | DA-0752-13-1603-I-1 |
| Ralph Perez | DA-0752-13-2875-I-1 |
| Ramiro Meave | DA-0752-13-2289-I-1 |
| Ramon L. Rodriguez | DA-0752-13-3132-I-1 |
| Raul A. Ramirez | DA-0752-13-2951-I-1 |
| Ray J. Rivera | DA-0752-13-3878-I-1 |
| Reymundo J. Ornelaz | DA-0752-13-2775-I-1 |
| Reynaldo Ortiz | DA-0752-13-3981-I-1 |
| Reynaldo Rodriguez | DA-0752-13-2771-I-1 |
| Ricardo A. Perez | DA-0752-13-4307-I-1 |
| Ricardo Renteria | DA-0752-13-1916-I-1 |
| Ricardo Rocha | DA-0752-13-4030-I-1 |
| Ricardo Rossel | DA-0752-13-2960-I-1 |
| Richard D. Ochoa | DA-0752-13-3960-I-1 |

| | |
|---|---|
| Richard Ruiz | DA-0752-13-2920-I-1 |
| Robert A. Orta | DA-0752-13-3663-I-1 |
| Robert D. Ramirez | DA-0752-13-3906-I-1 |
| Robert D. Rivera | DA-0752-13-3677-I-1 |
| Robert E. Moore | DA-0752-13-4001-I-1 |
| Robert M. Pena | DA-0752-13-3833-I-1 |
| Robert N. Mendoza | DA-0752-13-2419-I-1 |
| Robert N. Perusquia | DA-0752-13-2583-I-1 |
| Robert Olivarez | DA-0752-13-3973-I-1 |
| Robert R. Rodriguez | DA-0752-13-3665-I-1 |
| Roberto R. Pierce | DA-0752-13-3237-I-1 |
| Rodolfo Ramirez | DA-0752-13-2823-I-1 |
| Roel Ruiz | DA-0752-13-3414-I-1 |
| Roger L. Mora | DA-0752-13-3584-I-1 |
| Romaldo S. Rodriguez | DA-0752-13-2767-I-1 |
| Roman Pereida | DA-0752-13-3122-I-1 |
| Rosario L. Rodriguez | DA-0752-13-1221-I-1 |
| Rose Marie V. Rust | DA-0752-13-3612-I-1 |
| Ruben A. Rivera | DA-0752-13-3144-I-1 |
| Ruben Molina | DA-0752-13-1611-I-1 |
| Ruben Olmeda | DA-0752-13-2593-I-1 |
| Rudy Ramirez | DA-0752-13-3136-I-1 |
| Rudy Riojas | DA-0752-13-2408-I-1 |
| Russell X. Rosales | DA-0752-13-3832-I-1 |
| Santiago A. Ramos | DA-0752-13-2948-I-1 |
| Sarah A. Robertson | DA-0752-13-3672-I-1 |
| Sarah L. Ortega | DA-0752-13-3476-I-1 |
| Sean A. Ritchie | DA-0752-13-2618-I-1 |
| Sergio G. Perales | DA-0752-13-3889-I-1 |

| | |
|---|---|
| Shane A. Moore | DA-0752-13-2632-I-1 |
| Shane D. Montgomery | DA-0752-13-3795-I-1 |
| Shaun E. Mehegan | DA-0752-13-3412-I-1 |
| Stephen L. Perez | DA-0752-13-3975-I-1 |
| Sylvestre B. Reyes | DA-0752-13-2417-I-1 |
| Teesha M. Reynolds | DA-0752-13-3238-I-1 |
| Terence P. Odeay | DA-0752-13-3801-I-1 |
| Theresa M. Perez | DA-0752-13-3127-I-1 |
| Vance L. Rousseau | DA-0752-13-3657-I-1 |
| Victor M. Moreno | DA-0752-13-3467-I-1 |
| Victor Olvera | DA-0752-13-4007-I-1 |
| Waylan F. Miller | DA-0752-13-3775-I-1 |
| William J. Pipkins | DA-0752-13-3451-I-1 |
| William L. Rodriguez | DA-0752-13-1224-I-1 |
| William P. Murray | DA-0752-13-2587-I-1 |
| Xavier Rivera | DA-0752-13-2287-I-1 |

APPENDIX E

CCAD ARX6-5

DA-0752-14-0391-I-1


Aaron D. Tibbets                            DA-0752-13-3222-I-1

Abel Valdez                                DA-0752-13-3632-I-1

Abelardo O. Salinas                        DA-0752-13-3963-I-1

Ademar J. Silguero                         DA-0752-13-2595-I-1

Adolph Joseph Skrobarczyk                  DA-0752-13-4598-I-1

Alfonso E. Santos                          DA-0752-13-2684-I-1

Alfred E. Williams                         DA-0752-13-3782-I-1

Alonzo M. Valdez                           DA-0752-13-3254-I-1

Antonio Valadez                            DA-0752-13-2896-I-1

Arnold  Zapata                             DA-0752-13-1086-I-1

Baldemar T. Munguia                        DA-0752-13-3667-I-1

Benito Salinas                             DA-0752-13-4000-I-1

Betty M. Vaden                             DA-0752-13-2916-I-1

Betty T. Sumera                            DA-0752-13-3432-I-1

Bradley D. Spaans                          DA-0752-13-3989-I-1

Brent W. Newton                            DA-0752-13-3608-I-1

Brian K. Sharp                             DA-0752-13-3128-I-1

Brian R. Trube                             DA-0752-13-3633-I-1

Bryan M. Smith                             DA-0752-13-2855-I-1

Carlos B. Benavides                        DA-0752-13-2762-I-1

Carlos G. Tey                              DA-0752-13-3830-I-1

Caroll R. Wallace                          DA-0752-13-3603-I-1

Charles R. Ward                            DA-0752-13-2645-I-1

Chasity L. Smith                           DA-0752-13-3836-I-1

Christopher J. Soto                        DA-0752-13-2678-I-1

| | |
|---|---|
| Christopher P. Zuyus | DA-0752-13-3902-I-1 |
| Christopher T. Salters | DA-0752-13-2481-I-1 |
| Christopher Yanez | DA-0752-13-3255-I-1 |
| Clinton T. Werner | DA-0752-13-2772-I-1 |
| Cruz A. Zamudio | DA-0752-13-2588-I-1 |
| Daniel F. Tamez | DA-0752-13-2581-I-1 |
| Daniel M. Washa | DA-0752-13-4293-I-1 |
| Daniel O. Zona | DA-0752-13-2313-I-1 |
| Daniel Seanez | DA-0752-13-2956-I-1 |
| Daniel Wilburn | DA-0752-13-3248-I-1 |
| David M. Stephenson | DA-0752-13-2832-I-1 |
| David R. Stewart | DA-0752-13-4025-I-1 |
| Derrick D. Sullivan | DA-0752-13-2626-I-1 |
| Domingo Valdez | DA-0752-13-4042-I-1 |
| Donivan F. Babcock | DA-0752-13-4668-I-1 |
| Donney D. Zumwalt | DA-0752-13-2556-I-1 |
| Edmundo Valdez | DA-0752-13-2733-I-1 |
| Edward Salomon | DA-0752-13-3817-I-1 |
| Elizabeth S. Weeks | DA-0752-13-3874-I-1 |
| Elizabeth Sanchez | DA-0752-13-2539-I-1 |
| Felecia L. Taylor | DA-0752-13-3580-I-1 |
| Fidel Vela | DA-0752-13-4016-I-1 |
| Francisco Saldivar | DA-0752-13-3980-I-1 |
| Francisco Sanchez | DA-0752-13-2623-I-1 |
| Franklin Smith | DA-0752-13-1613-I-1 |
| Fred D. Warren | DA-0752-13-2305-I-1 |
| Gabriel P. Valverde | DA-0752-13-3659-I-1 |
| Gilbert A. Suarez | DA-0752-13-3901-I-1 |
| Gilbert I. Salinas | DA-0752-13-3808-I-1 |

| | |
|---|---|
| Gilbert S. Torres | DA-0752-13-2504-I-1 |
| Gregory Tharas | DA-0752-13-1717-I-1 |
| Guadalupe G. Silguero | DA-0752-13-2917-I-1 |
| Herbert R. Saenz | DA-0752-13-3897-I-1 |
| Hilda L. Santos | DA-0752-13-2462-I-1 |
| Ismael Vera | DA-0752-13-2544-I-1 |
| Israel R. Salazar | DA-0752-13-3421-I-1 |
| Jack E. Scott | DA-0752-13-3778-I-1 |
| Jacob Solis | DA-0752-13-3985-I-1 |
| Jacob Torres | DA-0752-13-3590-I-1 |
| Jacobbryan Z. Sauceda | DA-0752-13-4015-I-1 |
| James C. Stillwell | DA-0752-13-2838-I-1 |
| James L. Vaughn | DA-0752-13-4010-I-1 |
| James R. Trevino | DA-0752-13-2580-I-1 |
| Jamie Villanueva | DA-0752-13-4047-I-1 |
| Jason A. Webb | DA-0752-13-2724-I-1 |
| Jason B. Sullivan | DA-0752-13-2752-I-1 |
| Jay-Roland M. Yanez | DA-0752-13-3416-I-1 |
| Jesus A. Salazar | DA-0752-13-3852-I-1 |
| Jesus M. Torres Concepion | DA-0752-13-3805-I-1 |
| Jesus R. Sanchez | DA-0752-13-3137-I-1 |
| Joel H. Torres | DA-0752-13-3434-I-1 |
| Joel Tienda | DA-0752-13-3776-I-1 |
| John A. Veloz | DA-0752-13-2422-I-1 |
| John H. Tullos | DA-0752-13-2413-I-1 |
| John J. Vasquez | DA-0752-13-3477-I-1 |
| John M. Sondrol | DA-0752-13-3599-I-1 |
| John M. Valderas | DA-0752-13-3862-I-1 |
| John R. Scherer | DA-0752-13-3556-I-1 |

| | |
|---|---|
| John R. Trevino | DA-0752-13-2280-I-1 |
| John S. Shutts | DA-0752-13-3679-I-1 |
| Jose A. Uballe | DA-0752-13-3844-I-1 |
| Jose L. Untalan | DA-0752-13-3913-I-1 |
| Jose T. Salas | DA-0752-13-3800-I-1 |
| Jose Yzaguirre | DA-0752-13-2750-I-1 |
| Joshua K. Smith | DA-0752-13-3246-I-1 |
| Juan A. Sanchez | DA-0752-13-3791-I-1 |
| Juan R. Vega | DA-0752-13-3617-I-1 |
| Juanita E. Villarreal | DA-0752-13-2418-I-1 |
| Karl E. Trybe | DA-0752-13-3674-I-1 |
| Katrina Tomao | DA-0752-13-3686-I-1 |
| Kendrick J. West | DA-0752-13-2954-I-1 |
| Kenneth A. Weeks | DA-0752-13-2639-I-1 |
| Kennith L. Starkey | DA-0752-13-2656-I-1 |
| Lazoro P. Zaragoza | DA-0752-13-2841-I-1 |
| Leith M. Weeden | DA-0752-13-3799-I-1 |
| Leslie O. Witherspoon | DA-0752-13-3588-I-1 |
| Lucio A. Valdez | DA-0752-13-3849-I-1 |
| Luis A. Santos | DA-0752-13-3923-I-1 |
| Luis L. Zarate | DA-0752-13-3244-I-1 |
| Lynda L. Sanchez | DA-0752-13-3690-I-1 |
| Marcos G. Sanchez | DA-0752-13-3848-I-1 |
| Maria M. Zamora | DA-0752-13-3977-I-1 |
| Melissa A. Sanchez | DA-0752-13-3999-I-1 |
| Michael A. Trautman | DA-0752-13-4014-I-1 |
| Michael J. Wagoner | DA-0752-13-3984-I-1 |
| Michael L. Weikman | DA-0752-13-3911-I-1 |
| Michael R Vasquez | DA-0752-13-3781-I-1 |

| | |
|---|---|
| Michael R. Suarez | DA-0752-13-3243-I-1 |
| Miguel A. Santiago-Carrillo | DA-0752-13-2421-I-1 |
| Mike Sturgeon | DA-0752-13-2942-I-1 |
| Milton A. West | DA-0752-13-2541-I-1 |
| Natalie M. Salinas | DA-0752-13-2812-I-1 |
| Nathan J. Wright | DA-0752-13-4050-I-1 |
| Ned E. Smith | DA-0752-13-3678-I-1 |
| Nestor A. Villarreal | DA-0752-13-2903-I-1 |
| Noemi Vargas | DA-0752-13-2407-I-1 |
| Omarr D. Walker | DA-0752-13-3909-I-1 |
| Oscar I. Vera | DA-0752-13-3408-I-1 |
| Oscar Sanchez | DA-0752-13-1919-I-1 |
| Pablo Villafranco | DA-0752-13-3860-I-1 |
| Pedro Trevino | DA-0752-13-2972-I-1 |
| Pete Saldivar | DA-0752-13-4599-I-1 |
| Philip Salazar | DA-0752-13-2658-I-1 |
| Phyllis I. Summerfield | DA-0752-13-2941-I-1 |
| Randolph Wilson | DA-0752-13-3223-I-1 |
| Raul Toledo | DA-0752-13-2957-I-1 |
| Raul Vera | DA-0752-13-1214-I-1 |
| Raymond R. Tovar | DA-0752-13-2728-I-1 |
| Rebecca L. Simnacher | DA-0752-13-3829-I-1 |
| Rene Verastiqui | DA-0752-13-3607-I-1 |
| Reuben R. Trevino | DA-0752-13-3545-I-1 |
| Reymundo Vela | DA-0752-13-1501-I-1 |
| Ricardo M. Verastiqui | DA-0752-13-3915-I-1 |
| Richard A. Taylor | DA-0752-13-2605-I-1 |
| Richard G. Salcido | DA-0752-13-3236-I-1 |
| Richard H. Smith | DA-0752-13-1082-I-1 |

| | |
|---|---|
| Richard M. Sandoval | DA-0752-13-2744-I-1 |
| Richard Sanchez | DA-0752-13-4037-I-1 |
| Ricky Sanders | DA-0752-13-2836-I-1 |
| Robert J. Taylor | DA-0752-13-3645-I-1 |
| Robert R. Salinas | DA-0752-13-2737-I-1 |
| Roberto L. Tamez | DA-0752-13-3976-I-1 |
| Rodolfo Solis | DA-0752-13-3140-I-1 |
| Rodolfo Valdez | DA-0752-13-3647-I-1 |
| Roland A. Vera | DA-0752-13-2516-I-1 |
| Rolando Viera | DA-0752-13-3797-I-1 |
| Rory B. Thomas | DA-0752-13-2492-I-1 |
| Roxanne J. Vela | DA-0752-13-2808-I-1 |
| Ruben A. Vegacosme | DA-0752-13-3423-I-1 |
| Ruben S. Yanez | DA-0752-13-2590-I-1 |
| Ruperto Trevino | DA-0752-13-1215-I-1 |
| Samantha J. Ximenez | DA-0752-13-3967-I-1 |
| Scott A. Sanford | DA-0752-13-3828-I-1 |
| Scott F. Simmitt | DA-0752-13-1429-I-1 |
| Sean A. Weeks | DA-0752-13-3475-I-1 |
| Sharon F. Zambrano | DA-0752-13-3220-I-1 |
| Susan G. Middour | DA-0752-13-2809-I-1 |
| Teresa A. Vann | DA-0752-13-3660-I-1 |
| Timothy C. Teel | DA-0752-13-1234-I-1 |
| Tracy M. Vann | DA-0752-13-2603-I-1 |
| Troy Saucedo | DA-0752-13-2641-I-1 |
| Vicente Villarreal | DA-0752-13-1728-I-1 |
| Victor M. Zamora | DA-0752-13-2662-I-1 |
| Walter C. Williams | DA-0752-13-2966-I-1 |